**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Roger Dewitt PRINCE, a/k/a Bill**
**Prince, a/k/a Ike Davis,**
**Defendant–Appellant,**

and

**Don Prince, Defendant.**

No. 00–7108.

United States Court of Appeals,
Fourth Circuit.

Submitted May 17, 2001.

Decided May 22, 2001.

Roger DeWitt Prince, pro se. Scarlett Anne Wilson, Office of the United States Attorney, Charleston, SC, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Roger DeWitt Prince appeals the district court's order denying his motion for a new trial. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Prince,* No. CR–96–122 (D.S.C. July 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*